

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Ann Marie Gilmore, Michael Paul Rotan, and Harry Don Rotan,

\* From the 32nd District Court of Nolan County, Trial Court No. 19,585.

Vs. No. 11-16-00253-CV

\* September 20, 2018

Arvel Dean Rotan and Gary Wayne Rotan,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J., Willson, J., and Wright, S.C.J., sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Ann Marie Gilmore, Michael Paul Rotan, and Harry Don Rotan.